UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:90-cr-00085-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **DARYL PERNELL CAMPS,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on Defendant's Motion to Unseal Court Records (#129). The time allowed for a government response has passed without any such response. LCrR 55.1; LCrR 47.1. By the instant motion, Defendant's counsel Annette K. Ebright seeks to unseal all pleadings and records pertaining to Defendant Daryl Pernell Camps in order to evaluate his case for inclusion in the Clemency Project. See http://www.justice.gov/pardon/new-clemency-initiative. In particular, Ms. Ebright seeks to unseal the Presentence Investigation Reports filed in 2009 and 2012 (##52, 53, 73, 97). Upon consideration of the Motion, the signed Authorization for Disclosure of Protected Court Records, and for good cause shown, the court will grant the motion as to Ms. Ebright for the sole purpose of the clemency proceedings.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Unseal Court Records (#129) is **GRANTED**, and the Clerk of Court is directed to unseal the pleadings and court records in this matter as to Annette K. Ebright.

**IT IS FURTHER ORDERED** that Ms. Ebright restrict use of any documents unsealed by this Order to matters relating to the clemency proceedings for Defendant. Specifically, while

counsel may review the unsealed documents with Defendant, Defendant is not to retain any copy of the unsealed documents, including the Presentence Investigation Reports. Under no circumstances is counsel to share any documents unsealed by this Order with the press.

Signed: May 6, 2015

Max O. Cogburn Jr
United States District Judge