UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:90-cr-00085-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DARYL PERNELL CAMPS,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Defendant's Motion to Unseal Court Records. (#132). The time allowed for a government response has passed without any such response. LCrR 55.1; LCrR 47.1. By the instant motion, Defendant's counsel Charles Brewer seeks to unseal various copies of Presentence Investigation Reports filed in 2009 and 2012 for the purpose of filing a motion under Amendment 782 of the United States Sentencing Guidelines. Upon consideration of the motion, and for good cause shown, the court will grant the motion as to Mr. Brewer for the sole purpose of the Amendment 782 motion. The court notes that Mr. Brewer specifically asks to unseal Documents (## 52, 53, 73, and 97). Document (#53), which is noted in ECF as a sealed document for court viewing only, is an internal court document and will not be unsealed.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Unseal Court Records (#132) is **GRANTED as to Documents (## 52, 73, and 97)**, and the Clerk of Court is directed to unseal such documents as to Mr. Brewer.

**IT IS FURTHER ORDERED** that Mr. Brewer restrict use of any documents unsealed by this Order to matters relating to the 782 Motion for Defendant. Specifically, while counsel may

review the unsealed documents with Defendant, Defendant is not to retain any copy of the unsealed documents, including the Presentence Investigation Reports. Under no circumstances is counsel to share any documents unsealed by this order with the press.

Signed: May 21, 2015

Max O. Cogburn Jr
United States District Judge