UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:90-cr-00085-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DARYL PERNELL CAMPS,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Retrieve Court File from Storage [in the National Archives]. Counsel for defendant has shown good cause for the relief requested in his motion. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Retrieve Court File from Storage [in the National Archives] (#136) is **GRANTED**, and the Clerk of Court is instructed to retrieve from the archives Accession No. 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, Vol. 22, Location No. 5-007-85-4-1-1, in Box 12 of 22. As it is anticipated that review of such file by this court will be necessary to consider a motion under Amendment 782 to the United States Sentencing Guidelines as directed by the Standing Order of this court concerning consideration of such Amendment 782 motions, such retrieval, copying, and/or scanning shall be without cost to defendant or his attorney. Once the archived file has been retrieved, such file shall be situate in the Asheville clerk's office for the convenience of counsel and the court.

Signed: August 18, 2015



Max O. Cogburn Jr
United States District Judge