UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:90-cr-00085-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Vs. | ) | ORDER |
| **DARYL PERNELL CAMPS,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Reply to Government's Response to Motion to Reduce Sentence (#175). Inasmuch as the government's Response did not address defendant's counseled argument concerning determination of drug quantity, the court finds it appropriate to require the government to file a Surreply addressing this issue.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government file a Surreply to defendant's Reply to Government's Response to Motion to Reduce Sentence (#175) within 14 days.

Signed: March 1, 2016

Max O. Cogburn Jr
United States District Judge