UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:90-CR-00085-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DARYL PERNELL CAMPS,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the government's Motion to Dismiss Counts Six, Seven, Nine, Ten, Eleven, Twelve, and Thirteen. Having considered the government's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss Counts Six, Seven, Nine, Ten, Eleven, Twelve, and Thirteen (#215) is **GRANTED**, those Counts are **DISMISSED**, and an Amended Judgment shall be entered, vacating this Court's March 26, 1993, Judgment and entering Judgment and the same sentences previously imposed on Counts One, Four, and Five for a total sentence of 412 months in prison. In addition to such total sentence, all other non-custodial provisions, including post-release supervision and accompanying conditions, shall remain in effect and be set out in the Amended Judgment.

The Clerk of Court shall prepare an Amended Judgment reflecting this Order.

Signed: October 11, 2018

Max O. Cogburn Jr
United States District Judge