UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:90-cr-85-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DARYLL PERNELL CAMPS,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Early Termination of Probation/Supervised Release. (Doc. No. 286). The Government has filed a response opposing Defendant's motion. For the following reasons, the motion is denied.

I.      **BACKGROUND AND DISCUSSION**

This Court vacated Defendant's original judgment on October 12, 2018 and sentenced Defendant on three separate counts to an aggregate sentence of 412 months. (Doc. No. 217 at 1–2). This Court also imposed five years of supervised following Defendant's release. (<u>Id.</u> at 3). Defendant began his 60 months of supervised release on April 8, 2021. Defendant has completed approximately 13 months, or 21.6 percent, of his court-ordered supervision.

The Government notes that, upon receiving the Court's order, the Government consulted Defendant's supervising officer Taia Johnson. Officer Johnson reported Defendant has done well and otherwise complied with his terms of probation. Officer Johnson, however, noted Defendant provided a urinalysis sample that was returned as a specimen not consistent with normal human urine on July 19, 2021. When evaluating Defendant's request, Officer Johnson reported

1

Defendant has not been on supervised release long enough for probation to thoroughly assess whether he should be terminated early. As a result, Officer Johnson advised that probation would not agree with his request and would instead defer to the Court.

The Court will deny the motion at this time based on the concerns of Officer Johnson. The Court, however, commends Defendant on his progress and efforts, and the Court will reconsider another motion after Defendant has served substantially more of his term of supervised release.

In sum, Defendant's pro se Motion for Early Termination of Probation/Supervised Release, (Doc. No. 286), is **DENIED**.

Signed: May 26, 2022

Max O. Cogburn Jr
United States District Judge